

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-19-00575-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on October 26, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court